## SANFORD *against* CHASE.

THE defendant was arrested and holden to bail, while he was attending as a witness before arbitrators. The defendant then resided in the state of *Massachusetts*, but being in the county of *Columbia*, was subpœnaed to attend.

A motion was now made, that he be discharged from the arrest, and that the bail bond be delivered up to be cancelled.

*U. Cole*, for the motion.

*One attending as a witness from a foreign state, before arbitrators, being arrested by virtue of a capias ad respondendum, was discharged absolutely, without being required to file common bail.*

*A. P. Holdridge,* contra.

*Curia.* The only question is, whether the defendant is to be discharged on filing common bail, or absolutely, from the suit. In *Norris* v. *Beach*, (2 *John. Rep.* 294) this Court discharged the defendant from the arrest, entirely and absolutely. In a subsequent case, (*Bours* v. *Tuckerman*, 7 *John.* 538) he was discharged on filing common bail. We adopt the first case. The privilege of a witness should be absolute. An arrest should not be valid even for the purpose of giving jurisdiction to the Court out of which the process issues ; more especially where the witness is attending from a foreign state.

.Motion granted.